IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NATHAN ANTOINE**,

**Plaintiff,**

**v.**

**ANTHONY RAMOS, et al.,**

**Defendants.**                                                                 **No. 07-cv-453-DRH**

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendants' motion for enlargement of time (Doc. 85). Defendants move the Court for an extension of time to file a reply to Plaintiff's response to Defendants' motion for summary judgment. The Court **DENIES** the motion. **Local Rule 7.1(c)** provides in part: "Reply briefs are not favored and should be filed only in exceptional circumstances. The party filing the reply brief should state the exceptional circumstances." Here, Defendants have not stated the exceptional circumstances warranting a reply brief. Accordingly, the Court **DENIES** Defendants' motion for enlargement of time (Doc. 85).

**IT IS SO ORDERED.**

Signed this 2nd day of November, 2010.

**Chief Judge
United States District Court**