IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NATHAN ANTIONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-cv-453 |
| | ) | |
| ROBERT M. ROBERTSON, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion to Appoint Counsel filed by Plaintiff, Nathan Antione, on December 17, 2012 (Doc. 106) and the Motion for Copies filed by Plaintiff on January 3, 2013 (Doc. 108). The Motion to Appoint Counsel is **GRANTED** and the Motion for Copies is **DENIED**. The Seventh Circuit Court of Appeals, in an Order dated December 5, 2012, held that this matter will proceed against Defendant Robert M. Robertson. Pursuant to Local Rule 80.1(i), attorney Theresa Marie Mohin of the firm Goldstein & Price, L.C. is hereby **APPOINTED** to represent Plaintiff in this case. This matter is SET for a telephonic status conference on February 14, 2013 at 1:30 p.m. Defendant to initiate the conference call. Parties should be prepared to discuss the schedule and discovery in this case.

**DATED: January 10, 2013**

                                                **DONALD G. WILKERSON**
                                                **United States Magistrate Judge**